**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **GEORGE WILLIAM MONTGOMERY, JR.,** § § § § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:11-CV-2541-L** |
| § | |
| **GARY FITZSIMMONS, ET AL.,** § § § | |
| Defendants. § | |

## ORDER

George William Montgomery, Jr., a Texas prisoner, brought this *pro se* civil rights action against the Dallas County District Clerk, the Dallas County District Attorney, and the lawyer who represented him at his criminal trial. The case was referred to Magistrate Judge Jeff Kaplan Magistrate, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on October 21, 2011, recommending that the case be summarily dismissed pursuant to 28 U.S.C. § 1951(e)(2) for failure to state a claim upon which relief can be granted. No objections to the Report were filed.

Having reviewed the pleadings in this case, Plaintiff's answers to the court's interrogatories, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The court therefore **accepts** the magistrate judge's findings and conclusions as those of the court and **dismisses** this action **with prejudice.**

**Order – Page 1**

**It is so ordered** this 9th day of November, 2011.

                                                      Sam A. Lindsay
                                                      United States District Judge